IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STANDARD TEXTILE CO., INC.

    Plaintiff,

Vs.

BELK STORES SERVICES, INC.

    Defendant.

Case No. 1:12-cv-809-SJD

Judge: Susan J. Dlott

## DISMISSAL WITHOUT PREJUDICE

Plaintiff Standard Textile Co., Inc. hereby dismisses the present Complaint without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: January 28, 2013

/s/ Theodore R. Remaklus
Theodore R. Remaklus
  Trial Attorney
Kurt L. Grossman
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Tel.: (513) 241-2324
Fax: (513) 241-6234
E-mail: tremaklus@whe-law.com
       kgrossman@whe-law.com

Counsel for Plaintiff
Standard Textile Co., Inc.